

ORIGINAL

FILED

02/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0597

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0597

U.S. BANK TRUST, N.A., as Trustee
for LSF9 Master Participation Trust,

    Plaintiff and Appellee,

    v.

NORMAN T. SOLLID, CAROLE SOLLID,
a/k/a CAROLE M. SOLLID;

    Defendants and Appellants,

BENEFICIAL FINANCIAL, INC., successor
by merger to BENEFICIAL MONTANA,
INC., d/b/a BENEFICIAL MORTGAGE CO.;
CALIBER HOME LOANS, INC., successor
by merger to THE CIT GROUP SLAES
FINANCING, INC.; ACCOUNTS MANAGEMENT
CORPORATION OF MONTANA, a Montana
Corporation; MONTANA DEPARTMENT
OF REVENUE,

    Defendants.

FILED

FEB 0 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

    Upon consideration of Appellants' motion for extension of time, and good cause appearing,

    IT IS HEREBY ORDERED that Appellants have until March 4, 2022, within which to file their opening brief.

    DATED this ⎳⎵ day of February, 2022.

        For the Court,

                    _____
                         Chief Justice